Submitted on appellant's petition for reconsideration filed October 7, reconsideration allowed; decision (114 Or App 639, 835 P2d 963) withdrawn; reversed and remanded for further proceedings November 18, 1992

## JAMES C. BROWN,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(90-C-11246; CA A71216)

840 P2d 1393

Steven H. Gorham, Salem, for petition.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

Petitioner petitions for Supreme Court review. We treat the petition as one for reconsideration, ORAP 9.15, allow it and reverse the judgment.

Petitioner's petition for post-conviction relief was dismissed by the trial court, because it was not timely filed under ORS 138.510(2)(b). We affirmed that judgment, because the petition for post-conviction relief was filed more than 120 days after the time limit in ORS 138.510(2)(b) became effective. We were held to be wrong in doing that. *Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992).

Reconsideration allowed; decision withdrawn; reversed and remanded for further proceedings.